948 A.2d 1268

IN THE MATTER OF JAMES E. SACKS–
WILNER, AN ATTORNEY AT LAW.

June 12, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–395, concluding that **JAMES E. SACKS–WILNER** of **TRENTON,** who was admitted to the bar of this State in 1981, should be censured for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 3.4(g) (threatening criminal action to obtain an improper advantage), and good cause appearing;

It is ORDERED that **JAMES E. SACKS–WILNER** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.